UNITED STATES MAGISTRATE JUDGE — **UNITED STATES DISTRICT COURT** / **For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

CRAIG GRANTHAM,
      Plaintiff,

    v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,
      Defendants.
_____/

No. C 13-0810 CW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      July 25, 2013
Mediator:  Mark Humbert

     IT IS HEREBY ORDERED that the request to excuse defendant Peet's Coffee & Tea, Inc.'s corporate representatives from appearing in person at the July 25, 2013, mediation beforeMark Humber is GRANTED.  The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

     IT IS SO ORDERED.

July 12, 2013
_____  By:  _____
Dated                                    Maria-Elena James
                                       United States Magistrate Judge