UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

CRAIG GRANTHAM,
    Plaintiff,

    v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,
    Defendants.

No. C 13-0810 CW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    July 25, 2013
Mediator:    Mark Humbert

    IT IS HEREBY ORDERED that the request to excuse defendant Peet's Coffee & Tea, Inc.'s corporate representatives from appearing in person at the July 25, 2013, mediation before Mark Humber is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 12, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge