Arnold R. Levinson  (State Bar No. 066583)
Brian H. Kim  (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com
       bkim@pillsburylevinson.com

Attorneys for Plaintiff
CRAIG GRANTHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG GRANTHAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and PEET'S COFFEE AND TEA, INC.,<br><br>    Defendants. | Case No. C 13-00810 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff CRAIG GRANTHAM and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and PEET'S COFFEE AND TEA, INC., through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein shall be dismissed with prejudice as to all parties in its entirety. Each party is to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: August 13, 2013                                    PILLSBURY & LEVINSON, LLP


                                                          By: /s/ Brian H. Kim
                                                              Terrence J. Coleman
                                                              Brian H. Kim
                                                              Attorneys for Plaintiff
                                                              CRAIG GRANTHAM

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON     Case No. C 13-00810 CW

| | |
|---|---|
| Dated: August 13, 2013 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>By:/s/ Laura E. Fannon<br>Adrienne C. Publicover<br>Laura E. Fannon<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| Dated: August 13, 2013 | JACKSON LEWIS LLP<br><br>By:/s/ Rachel J. Markun<br>Rebecca Benhuri<br>Attorneys for Defendant<br>PEET'S COFFEE AND TEA, INC. |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 15, 2013

HON. CLAUDIA WILKEN